SLAGLE v. WABASH R. CO. (Circuit Court of Appeals, Eighth Circuit. November 13, 1901.) No. 1,561. In Error to the Circuit Court of the United States for the Southern District of Iowa. Dillon H. Payne, George T. Sowers, John W. Noble, and George H. Shields, for plaintiff in error. Dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

UNITED STATES v. TOWNSEND et al. (Circuit Court of Appeals, Second Circuit. December 11, 1901.) No. 2,996. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 108 Fed. 801. Henry C. Platt, for appellant. Howard T. Walden, for appellees. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. Decision affirmed in open court.

---

WOODWARD et al. v. COLUMBIAN EQUIPMENT CO. (Circuit Court of Appeals, Fifth Circuit. December 30, 1901.) No. 819. Appeal from the Circuit Court of the United States for the Northern District of Alabama. Alex. T. London, for appellants. John F. Martin and H. D. Hotchkiss, for appellee. Dismissed per stipulation.

---

WEIS v. DAVIDSON. (Circuit Court of Appeals, Eighth Circuit. December 18, 1901.) No. 1,607. Appeal from the Circuit Court of the United States for the District of Minnesota. M. O. Little, for appellant. Charles T. Thompson, for appellee. No opinion. Reversed, with costs, and remanded, with directions.